# United States Court of Appeals for the Fifth Circuit

———————

No. 23-50794
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
July 16, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Edward Dorsey, Jr.,

*Defendant—Appellant.*

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:22-CR-2001-2

———————————————————

Before Richman, Southwick, and Willett, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Edward Dorsey, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dorsey has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50794

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.